AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

**FILED**

SEP 11 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Cell Site information held by AT&T, headquartered at<br>208 S. Akard St. Dallas, TX 75202 | )<br>)<br>)<br>)<br>)<br>) |

Case No.    1 8 M J 4 8 6 8

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A
(INCORPORATED HEREIN)

located in the _____Northern_____ District of _____Texas_____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B
(INCORPORATED HEREIN)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422 | Attempted Enticement of an Adult and Minor. |
| 18 U.S.C. § 2423 | Travel with intent to engage in illicit sexual conduct. |

The application is based on these facts:

SEE AFFIDAVIT OF SPECIAL DEPUTY CHASE CHIAPPINO

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

CHASE CHIAPPINO  SPECIAL DEPUTY
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9/11/18

_____
*Judge's signature*

City and state:  San Diego, CA

Honorable Mitchell D. Dembin, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

This warrant applies to records and information associated with the cellular telephone assigned call number (775) 420-7268 that are stored at premises controlled by AT&T, headquartered at 208 S. Akard St., Dallas, TX 75202.

## ATTACHMENT B

### I.    Information to be Disclosed by the Provider

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period of August 21, 2018 up to and including Present:

      a.  The following information about the customers or subscribers of the Account:

            i.  Names (including subscriber names, user names, and screen names);

            ii.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

           iii.  Local and long distance telephone connection records;

           iv.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

            v.  Length of service (including start date) and types of service utilized;

           vi.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital

Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

ii. information regarding the cell towers and sectors through which the communications were sent and received.

## II.    Information to be Seized by the Government

All information described above in Section I that constitutes evidence and instrumentalities of violations of 18 U.S.C. § 2422 and 2423 during the period of August 21, 2018 up to and including Present.

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Chase Chiappino, Special Deputy of the United States Marshall's Office, being duly sworn, hereby state as follows that the following is true to my knowledge and belief.

### INTRODUCTION

1. This affidavit supports an application for a warrant for information associated with AT&T telephone number (775) 420-7268 (the "**Target Data**"), including subscriber information, telephone toll data, and cell-site geo-location information for the period of August 21, 2018 up to and including the Present. As set forth below, probable cause exists to believe that the **Target Data** contains evidence of enticement of an adult and a minor, in violation of 18 U.S.C. § 2422 and 2423. The **Target Data** is currently in the possession of AT&T, headquartered at 208 S. Akard St., Dallas, TX 75202, as more particularly described in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require AT&T to disclose to the government copies of the information further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

### EXPERIENCE AND TRAINING

2. I am currently cross-sworn as a Special Deputy United States Marshall for participating in the Child Exploitation Task Force.  My primary agency is the San Diego Sheriff's Department. I have been a sworn Deputy Sheriff with the San Diego County Sheriff's Department since January 2008.  I graduated from the basic Police Academy on January 7, 2008. Prior to attending the police academy, I graduated from San Diego State University in 2005 with a Bachelor's Degree in Criminal Justice.  I also graduated from National University in 2009 with a Master's Degree in Organizational Leadership.

3. I am currently assigned to the SDHTTF as a Sergeant, and have been so assigned for approximately four months. I have over three years of previous Human Trafficking experience. I was previously cross-sworn as a Special Deputy US Marshall on the Innocence Lost Task Force with the FBI focusing on Human Trafficking of Minors. I

have experience writing Federal and State Search/Arrest Warrants regarding Human Trafficking. My experience as a Deputy Sheriff and Special Deputy US Marshall has included the investigation of cases involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence seizure and processing, and various other criminal laws and procedures. I have personally participated in the execution of search warrants involving the search and seizure of cellular telephones and other electronic devices. Throughout my career I have investigated over 1000 cases as well as assisted in many others. I have attended over 80 hours of Cell Phone forensic training, both by independent electronic companies as well as by the Secret Service's National Computer Forensics Institute.

4.     The following is based on my own investigation, oral and written reports by other law enforcement officers, interviews, subpoenaed and public records, database checks, and other investigations. Since this affidavit is for a limited purpose, I have not included every fact that I and/or others know about this investigation. I set forth only facts necessary to establish probable cause for the requested search warrant. Conversations and discussions below are set forth in substance unless noted.

## FACTS IN SUPPORT OF PROBABLE CAUSE

5. .     On August 22, 2018, Deputy Sheriff W. Worthington was contacted via her undercover Facebook profile. Deputy Worthington maintains a Facebook profile as part of her duties as a Deputy assigned to the Sheriff's Criminal Intelligence Unit. The profile she utilizes has photographs of an adult female, lists her age as 27 years old, and her location as San Diego, California, in the Southern District of California. The individual who messaged Deputy Worthington utilized a profile with the name of "Conoly Franklin" and a listed location of Reno, Nevada. Deputy Worthington was able to find a date of birth on the Facebook page for "Conoly Franklin" of December 28, 1967. A search of the

Nevada Department of Motor Vehicle's database confirmed that Conoly FRANKLIN ("FRANKLIN"), currently lives in Reno, Nevada and has the same date of birth.  I compared the DMV photograph of FRANKLIN with the Facebook profile photographs and confirmed that the photographs matched.

6.    On August 23, 2018, Deputy Worthington replied to the message and the following conversation transpired via Facebook Messenger: (There are over 40 messages between Deputy Worthington and FRANKLIN on Facebook, and the following is a synopsis of the most relevant messages.)

| Date | Sender | Message |
|---|---|---|
| 08/22/2018 9:29 p.m. | FRANKLIN | Lets have fun together |
| 08/23/2018 | Dep Worthington | hii |
| 08/23/2018 | FRANKLIN | Ways up Bby I'm liking your swag…and how you get down..me n you can male big things happen trust me Baby… 775-420-7268 |
| 08/23/2018 | Dep Worthington | Is that right? Wat kind of things |
| 8/23/2018 | FRANKLIN | Getting money showering you with the finest things in life and do us and live Bby…I got your back…. Like a chiropractor… smile… |
| 08/23/2018 | FRANKLIN | I would love to have you next to me in my Benz getting it feel me |
| 8/23/2018 | Dep Worthington | I do like $ lol. how we gonna get it? |
| 8/23/2018 | FRANKLIN | Baby I'll take care of that but I need you here with daddy mama… its 24/7 out here in Reno Bby |

| | | |
|---|---|---|
| 08/23/2018 | FRANKLIN | And I got my own spot and foreign actually two my Me,us but its going in the shop thats why I"m in my Benz Bby |
| 8/23/2018 | FRANKLIN | Lexus |
| 08/23/2018 | FRANKLIN | So when you coming to fuck with me Bby… I hope soon money don't wait Bby.. lol |
| 08/23/2018 | FRANKLIN | You should be my queen with you that bby |
| 08/23/2018 | Dep Worthington | Lol daddy wat am i gonna be doing? I'm new to the game[1] |
| 8/23/2018 | FRANKLIN | Working off the phone apps I got for up here..its all good Bby… I got you don't trip were going to get it and travel… but right now its popping up here… Also the same thing your doing now too mama…. |
| 08/23/2018 | FRANKLIN | Come choose up[2] Bby…daddy will take care of you on everything |
| 08/23/2018 | FRANKLIN | I'll come get you or I'll send for you |
| 08/23/2018 | Dep Worthington | Ull have to pick me up daddy I don't have a ride. If ichoose up was r ur rules |
| 08/23/2018 | FRANKLIN | Down for daddy and daddy only….talking to other niggas is a no no.. my fee is you cause were going to get it together feel me… strictly about money and living the dream… Bby…oh! And rep your p to the fullest |
| 08/23/2018 | FRANKLIN | The rules to this game is easy fucking with me…. I wanna take you to south beach Fla..Texas..reno…get money and live like a king and queen suppose to live….shit have hows's working for you so you don't have to and we eating… feel me.  Bby |
| 08/23/2018 | FRANKLIN | Hoes |

[1] Based on my training and experience, "the life" or "the game" is used commonly to refer to prostitution and the way a pimp and his prostitutes live and work together.

[2] Based on my training and experience, "choosing up" is a common phrase in the world of prostitution where a prostitute "chooses up" to another pimp. Oftentimes, "choosing up" is accompanied with a fee that the prostitute must pay to the new pimp.

4

| 08/23/2018 | FRANKLIN | Where you at IMA come get you Bby…. Let me know when you pack up your stuff |
|---|---|---|
| 08/23/2018 | Dep Worthington | ok daddy choose up fee? |
| 08/23/2018 | FRANKLIN | The casinos out here is where your going to whoops they ass..I already know… |
| 08/23/2018 | FRANKLIN | Give me a band[3]…and we on like shit… and if you ain't got it we will make that up when you get here… |
| 08/23/2018 | FRANKLIN | Being new to the game I wanna make it easy as possible for mine…feel me mama |
| 08/23/2018 | Dep Worthington | ok daddy I feel u im just trying to figure it out. Daddy I dont wanna do tricks wen I'm on my period |
| 08/23/2018 | FRANKLIN | I would never do that when those times come we will go enjoy each other somewhere you wanna go and come back and get it in… meaning every time that comes we chillin… How is that bby |
| 08/23/2018 5:55 PM | FRANKLIN | Holla bk… and when I hit your line I expect you to hit me right bk every time… thats my pet p… feel me |
| 8/23/2018 | FRANKLIN | I hope its business thats why you ain't hit me bk… |
| 8/23/2018 | FRANKLIN | What you working with mama sen dme a pic of some money and you… Real shit send that to daddy mama. |
| 8/23/2018 11:11PM | FRANKLIN | Wyd and you must be making daddy a happy p… smile |
| 8/24/2018 | Dep Worthington | Good morning daddy I'm sorry I didn't get back to u.  Im getting ready now for a date. I want get outta here next week can u get me |

7.    On August 24, 2018, Deputy Worthington provided FRANKLIN with a cell phone number that he could use to contact her. This cell phone number is a phone number provided by a service that records all text messages and phone calls for investigative

---

[3] Based on my training and experience, a "band" refers to $1,000.00.  FRANKLIN is stating that she can pay him $1,000.00 or work off the debt if she does not have the money for the "choose up" fee.

5

purposes. That same day, FRANKLIN called Deputy Worthington from (775) 420-7268, **Target Data**, the number that he previously provided to Deputy Worthington through Facebook Messenger.   Deputy Worthington and FRANKLIN talked for over twenty minutes. FRANKLIN talked about selling "Trees" (slang for Marijuana) and making money.   Deputy Worthington asked, "You gonna be able to come get me next week?" FRANKLIN replied, "What you mean am I? I'm coming to get you." FRANKLIN later said, "It's only 10 hours. That ain't shit."

8.    After the phone conversation, FRANKLIN stopped communicating with Deputy Worthington over Facebook Messenger and instead starting using cellphone text messages to converse with her.   The following is an excerpt of the over 50 text messages exchanged between Deputy Worthington and FRANKLIN on the cell phone:

| 08/24/2018 12:27 PM | FRANKLIN | I got the apps to the sites now...its cracking...like the 4th of July...they also have the rib cook off bout to start Tomarrow Bby...just in time for everything |
|---|---|---|
| 08/24/2018 12:36 PM | Dep Worthington | That's perfect daddy gonna be good timing |
| 8/24/2018 12:38 PM | FRANKLIN | Hell yes all the people and tricks[4] wanting to spend its good...can't wait bby |
| 8/24/2018 12:43 PM | FRANKLIN | Good mama...how much money you got stacked up...now |
| 8/24/2018 12:58PM | Dep Worthington | I got 2 bills for u now. I'm hoping to get the rest by Tuesday I just gotta make sure I get my lil sis taken care of before I go[5] |

[4] Based on my training and experience, "trick" is a term used in the commercial sex industry to refer to buyers of commercial sex acts.

[5] This was the first time Deputy Worthington referenced having a little sister.

| 8/24/2018 1:08 PM | FRANKLIN | Why what's wrong with her...she good.. |
|---|---|---|
| 8/24/2018 1:15 PM | Dep Worthington | She runs away a lot and stays with me sometimes |
| 8/24/2018 1:16 PM | FRANKLIN | Well if you wanna bring her you can that's up to you Bby..I'll let you make that call |
| 08/24/2018 1:22 PM | Dep Worthingon | Thanks daddy. She's a crazy 16 yr old lol so I have to help her get $ |
| 08/24/2018 1:24 PM | FRANKLIN | Shit she can come with us...do she get down too bby |
| 08/24/2018 1:35 PM | Dep Worthingon | Not yet she wants to but I want someone that's gonna take care of her |
| 08/24/2018 1:36 PM | FRANKLIN | Check this out Bby we will take care of her that way you will have someone with you here...feel me |
| 08/24/2018 1:44 PM | FRANKLIN | So what you wanna do..or what she wanna do go with us... |
| 08/24/2018 1:46 PM | Dep Worthingon | let me talk to her later today. I hvnt told her yet daddy |
| 08/24/2018 1:48 PM | FRANKLIN | Aw shit how you think that's gonna go bby |
| 08/24/2018 1:51 PM | Dep Worthingon | Idk I think shes gonna wanna come with. Shes not gonna want to stay her without me |
| 08/24/2018 1:54 PM | FRANKLIN | I kind of figured that out...well she can be part of the team we just gotta do things a little different with her...feel me..whatever she do will be inside always...so it will be cool for her Bby. |
| 08/24/2018 1:55 PM | FRANKLIN | She look like you if she do we will have no problem getting money bby |
| 08/24/2018 2:00 PM | Dep Worthingon | She look like me just younger lol ok daddy thanks I just want her to be safe. Im gonna talk to her later n let u know how it goes |

| 08/24/2018 2:03 PM | FRANKLIN | Fa show Bby...teamwork make the dreamwork....2 is better then 1....lol |
|---|---|---|
| 08/24/2018 2:24 PM | FRANKLIN | Well I'm all in on that Bby...instead of 10 toes 20 is better feel me. |
| 08/24/2018 3:15 PM | FRANKLIN | Might as well put that money together then the more the better...if she fucking with us..feel me |
| 08/25/2018 5:35 PM | FRANKLIN | How much you made so far Bby... |
| 08/25/2018 5:38 PM | FRANKLIN | And is she out trappin too bby |
| 08/25/2018 5:45 PM | Dep Worthingon | I got a couple more of u still working on the rest. She gonna wait until we get out there. Is that ok |
| 08/25/2018 7:42 PM | FRANKLIN | Uea bby |
| 08/25/2018 8:40 PM | FRANKLIN | Baby do you have tricks hitting you up from reno...if so tell them you will be here in a few days...and set up some dates... |
| 08/25/2018 9:00 PM | FRANKLIN | That's my girl...run it up on them tricks...Bby.... |

9. FRANKLIN called Deputy Worthington again on August 25, 2018 at approximately 9:52 AM and had a conversation that lasted over two-and-a-half minutes and during which he wanted to know if Deputy Worthington's "little sister" was going to work for him, as well. FRANKLIN asked, "Is she coming, or is it just us mami?" Deputy Worthington replied, "I think she's going to come, but I need to talk to her a bit more." FRANKLIN replied, "Shit it'll be beneficial, she won't have to worry about shit."

10. On August 25, 2018, at 8:36 PM Deputy Worthington called FRANKLIN back after not answering one of his phone calls. During the conversation, FRANKLIN made multiple statements regarding the preparations he was making for Deputy

Worthington to come work for him as a prostitute. He also indicated that he would be coming to San Diego to pick up Deputy Worthington and take her back to Nevada to work. He asked Deputy Worthington, "Be like Tuesday or something?" He then said, "I'll come get you on Tuesday, it doesn't matter. You just need to be up here." FRANKLIN told Deputy Worthington, "As soon as I post your shit, they're going to be on your heels!" Regarding how much customers would have to pay, FRANKLIN told Deputy Worthington, "Start at the highest price on they ass too. These tricks gonna be payin."

11. Between Tuesday August 28, 2018 and August 30, 2018, FRANKLIN spoke with Deputy Worthington about traveling from Reno, Nevada to San Diego, California to pick up Deputy Worthington and her 16-year-old little sister up and take them back to Reno. He stated that he could not use his own vehicle because it was not properly registered.

12. On August 30, 2018, FRANKLIN sent Deputy Worthington the following text message right after she sent him the room number for her hotel, "my bitch just hit me and told me what room she in…its real…come up time" FRANKLIN then informed Deputy Worthington that "I said that cause my boy keep hounding me too meet your sister…so I had to tell him its just you…feel me..." And followed with "Cause he think it ain't real…lol…wait til I get bk."

13. On that same day, FRANKLIN told Deputy Worthington that he had obtained a vehicle, was bringing his boy, and was beginning his trip from Reno, Nevada to the location provided by Deputy Worthington, 700 National City Blvd, National City, CA in the Southern District of California. He traveled through the night and arrived the following morning driving a white Toyota Camry with his son Andre Anthony Franklin (hereinafter "ANDRE").

14. On August 31, 2018, Deputy Worthington was in a hotel room at Ramada Inn located at 700 National City Blvd, National City, CA. FRANKLIN was speaking with her on the phone from the (775) 420-7268 telephone number as he was looking for her at the hotel. Deputy Worthington stepped out onto the balcony of the hotel and waived to him.

9

1  TFOs positively identified FRANKLIN and his son ANDRE in the parking lot of the
2  Ramada Inn at 700 National City Blvd, National City, CA, and placed them under arrest.

3       15.    Based on the facts above, there is reason to believe that FRANKLIN used the
4  cellular telephone associated with AT&T telephone number (775) 420-7268 to
5  communicate with Deputy Worthington in order to further his attempts to entice what he
6  believed to be an adult and minor female to travel in interstate commerce to perform an
7  unlawful sexual activity for which a person could be charged with a criminal offense.
8  Additionally, given that FRANKLIN had his cellphone with him at the time of the arrest
9  and messaged and called Deputy Worthington during his journey, I believe that **Target**
10 **Data** will reflect FRANKLIN's travel from Reno, Nevada to San Diego, California.

11      16.    In my training and experience, I have learned that AT&T is a company that
12 provides cellular telephone access to the general public.  I also know that providers of
13 cellular telephone service have technical capabilities that allow them to collect and
14 generate information about the locations of the cellular telephones to which they
15 provide service, including cell-site data, also known as "tower/face information" or
16 "cell tower/sector records."  Cell-site data identifies the "cell towers" (i.e., antenna
17 towers covering specific geographic areas) that received a radio signal from the cellular
18 telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the
19 telephone connected.  These towers are often a half-mile or more apart, even in urban
20 areas, and can be ten or more miles apart in rural areas.  Furthermore, the tower closest
21 to a wireless device does not necessarily serve every call made to or from that device.
22 Accordingly, cell-site data provides an approximate location of the cellular telephone
23 but is typically less precise than other types of location information, such as E-911
24 Phase II data or Global Positioning Device ("GPS") data.

25      17.    Based on my training and experience, I know that AT&T can collect cell-
26 site data about the telephone number (775) 420-7268.  I also know that wireless
27 providers such as AT&T typically collect and retain cell-site data pertaining to cellular
28

phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

18.    Based on my training and experience, I know that wireless providers such as AT&T typically collect and retain information about their subscribers in their normal course of business.  This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service.  I also know that wireless providers such as AT&T typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business.  In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the user or users of telephone number (775) 420-7268.

## PRIOR ATTEMPTS TO OBTAIN THIS EVIDENCE

19.  Outside of what is outlined above, the United States has not attempted to obtain this data by other means.

//
//
//
//
//
//
//
//
//
//
//
//
//

1

## CONCLUSION

2     20.   Based on the foregoing, I request that the Court issue the proposed search
3  warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

4     21.   Based upon my training and experience, consultation with other law
5  enforcement officers experienced in human trafficking investigations, and all the facts and
6  opinions set forth in this Affidavit, there is probable cause to believe that the **Target Data**
7  to be seized, as set forth above and in Section I of Attachment B (incorporated herein), will
8  be found in the location described in Attachment A (incorporated herein). Therefore, I
9  respectfully request that the Court issue a warrant authorizing me, or another federal law
10 enforcement agent, to order AT&T to search its corporate records for the **Target Data** and
11 to order AT&T to deliver the **Target Data** listed in Section I of Attachment B.

12

13

14                                                   Chase Chiappino
                                                     Special Deputy
15                                                   United States Marshall's Office

16

17 Subscribed and sworn to before me this _l l_ day of September, 2018.

18

19

20                                                   HON. MITCHELL D. DEMBIN
                                                     United States Magistrate Judge
21

22

23

24

25

26

27

28

                                         12